[Nos. 9481–5–I; 9489–1–I.   Division One.   January 4, 1982.]

THE STATE OF WASHINGTON, *on the Relation of Norm Maleng, Appellant,* v. SEATTLE DISTRICT COURT, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 80–2–13471–0, T. Patrick Corbett, J., entered November 3, 1980. *Reversed* and *remanded* by unpublished per curiam opinion, Ringold, J., dissenting.

[No. 4141–7–III.   Division Three.   January 5, 1982.]

*In the Matter of the Marriage of* WILLIAM B. HOWARD, *Appellant, and* JUDITH ANN HOWARD, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 73426, Yancey Reser, J., entered July 30, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 3971–4–III.   Division Three.   January 5, 1982.]

WILLIAM F. STOTT, *Appellant,* v. BURNS & ROE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 78–0897, Fred R. Staples, J., entered May 1, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.